

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00135-CV

| | | |
|---|---|---|
| APACHE CORPORATION, Appellant | § | On Appeal from the 348th District Court |
| V. | | |
| | § | of Tarrant County (348-296927-17) |
| BRYAN C. WAGNER, WAGNER OIL COMPANY, TRADE EXPLORATION CORPORATION, AND WAGNER & COCHRAN, INC., Appellees | § | November 29, 2018 |
| | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the trial court's order granting the stay of arbitration is vacated, and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellees Bryan C. Wagner, Wagner Oil Company, Trade Exploration Corporation, and Wagner & Cochran, Inc. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth